```
JOSEPH J. SIGUENZA, (SBN92327)
LAW OFFICES OF ASHWANI K. BHAKHRI
1299 Old Bayshore Hwy., Ste. 208
Burlingame, CA 94010
(650) 685-6334
```

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZABIULLAH LIAH NASIRI,<br><br>    Plaintiff,<br><br>vs.<br><br>DONALD NEUFELD, Acting Director, California Service Center; JANET NAPOLITANO, Secretary, Department of Homeland Security; Eric Holder, Attorney General of the United States; DOES 1 thru 50,<br><br>    Defendants<br>_____/ | NO. CV09 1833JSW<br><br>INS NO.: WSC001184153<br><br>~~PROPOSED~~ ORDER ON STIPULATION TO TRANSFER CASE TO EASTERN DISTRICT |

GOOD CAUSE APPEARING from the stipulated motion to change venue, in the above-entitled action,

IT IS HEREBY ORDREED that this action-be transferred to the Eastern District of California. The clerk of the Court is hereby directed to transfer all pleadings and papers to the clerk of that court.

Dated: October 8, 2009

*/s/ Jeffrey S. White*